CALDWELL'S LIQUOR STORE, PETITIONER, v. DIVISION OF ALCOHOLIC BEVERAGE CONTROL, ET AL., RESPONDENTS.

*Messrs. Shanley & Fisher* for the petitioner.

*Mr. David D. Furman* and *Mr. Anthony D. Andora* for the respondents.

September 19, 1961.   Denied.

RUTH MILLER SUTERA, PLAINTIFF, ANN NASTOI, PLAINTIFF-PETITIONER, v. PROVIDENT INSURANCE COMPANY OF NEW YORK, DEFENDANT-RESPONDENT.

See same case below: 67 *N. J. Super.* 554.

*Mr. Stephen Mongiello* for the petitioner.

*Mr. Fred W. Jung, Jr.,* and *Mr. Leo D. Burrell* for the respondent.

September 19, 1961.   Denied.